ACCEPTED
12-15-00032-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/17/2015 2:34:45 PM
CATHY LUSK
CLERK

## NO. 12-15-00032-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | FILED IN<br>12th COURT OF APPEALS<br>TYLER, TEXAS |
| | § | | |
| **VS.** | § | **TWELFTH COURT** | 4/17/2015 2:34:45 PM |
| | § | | CATHY S. LUSK |
| **MITZI GAIL ALLGOR** | § | **OF APPEALS** | Clerk |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Mitzi Gail Allgor, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the County Court at Law of Nacogdoches County, Texas.

2. The case below was styled the *State of Texas vs. Mitzi Gail Allgor*, and numbered CF1302374.

3. Appellant was convicted of Possession of Marijuana.

4. Appellant was assessed a sentence of 120 days in jail on January 8, 2015.

5. Notice of appeal was given on January 8, 2015.

6. The clerk's record was filed on March 5, 2015; the reporter's record was filed on March 19, 2015.

7. The appellate brief is presently due on April 20, 2015.

8. Appellant requests an extension of time of 30 days from the date a complete appellate record is filed.

9. No previous extensions to file Appellant's brief have been requested.

10. Defendant is not currently incarcerated.

11.    Appellant relies on the following facts as good cause for the requested extension:

Pursuant to Tex. R. App. P. 34.6(d), Appellant has requested the Official Court Reporter of Nacogdoches County Court at Law to supplement the Reporter's Record delivered on March 19, 2015. *See* Exhibit A. Appellant requested that the court reporter include in the Reporter's Record a transcript of the voir dire. As filed with the Court of Appeals, the Reporter's Record is incomplete as it does not include any of the voir dire proceedings. Accordingly, it is impossible to prepare Appellant's Brief until such time as the Reporter's Record has been supplemented with the missing transcript.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

LAW OFFICES OF NOEL D. COOPER
117 North Street, Suite 2
Nacogdoches, Texas 75961
Telephone: (936) 564-9000
Telecopier: (936) 715-6022


By:/s/Noel D. Cooper
    Noel D. Cooper
    State Bar No. 00796397
    noelcooper@noelcooper.com
    Attorney for Mitzi Gail Allgor

**CERTIFICATE OF SERVICE**

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

    Party:   State of Texas
    Lead attorney:  Stephanie Stephens
    Address of service:  101 W. Main, Nacogdoches, Texas 75961
    Email Address:  sstephens@co.nacogdoches.tx.us
    Method of service:  by electronic service
    Date of service:  April 17, 2015


                              /s/Noel D. Cooper
                              Noel D. Cooper


**CERTIFICATE OF COMPLIANCE**

Pursuant to TEX. R. APP. P. 9.4(i)(3), I certify that this document is computer generated and contains 324 words based on a computer word count.


                              /s/Noel D. Cooper
                              Noel D. Cooper

# Law Offices of Noel D. Cooper

117 North Street, Suite 2
Nacogdoches, Texas 75961

Telephone: (936) 564-9000
Telecopier: (936) 715-6022
noelcooper@noelcooper.com

April 17, 2015

Gary Harris
Official Court Reporter
Nacogdoches County Court at Law
101 W. Main Street, Room 204
Nacogdoches, Texas 75961
*Via Hand Delivery and*
*Email: gghrs@hotmail.com*

> RE.: Docket Nos. 12-15-00031-CR and 12-15-00032-CR, *Mitzi Gail Allgor v. State of Texas*, pending in the Twelfth Court of Appeals of Texas, *appealed from* Cause Nos. CF1302373 and CF1302374, *State of Texas v. Mitzi Gail Allgor*, pending in the County Court at Law of Nacogdoches County, Texas

Dear Mr. Harris:

On February 4, 2015, Appellant, Mitzi Gail Allgor, requested that you begin preparing the reporter's record in this matter. I have reviewed the *Reporter's Record* filed with the Court of Appeals and concluded that not all of the matters Appellant requested were included in the *Reporter's Record*. Accordingly, pursuant to TEX. R. APP. P. 34.6(d), I am requesting that the *Reporter's Record* be supplemented with the following matters:

1. Voir Dire.

In addition, the record which you provided to me does not include Volume 3 of 3, which I am assuming are the exhibits.

I appreciate your time and attention to this matter.

Very truly yours,

Noel D. Cooper

xc: Nacogdoches County Attorney (w/out enc.)

Nacogdoches County Clerk (w/out enc.)

# EXHIBIT A